# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | |
|---|---|
| KEVIN HANSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CAUSE NO. 1:14-cv-209 |
| WEAVER POPCORN COMPANY, INC., | ) ) ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the Court on a Joint Motion for Entry of Stipulated Protective Order filed by Defendant on March 13, 2015. (Docket # 15.)

Federal Rule of Civil Procedure 26(c)(1) allows the Court to enter a protective order for good cause shown. But the Seventh Circuit Court of Appeals has made it clear that a protective order may only issue if the order "makes explicit that either party and any interested member of the public can challenge the secreting of particular documents." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999). Language permitting an interested member of the public to challenge the secreting of particular documents is missing from the tendered order.

Accordingly, the Court hereby DENIES approval of the proposed stipulated protective order submitted by the parties. (Docket # 15.) The parties may, however, submit a revised proposed protective order consistent with the requirements of Rule 26(c)(1) and Seventh Circuit case law. SO ORDERED. Enter for March 16, 2015.

S/ Susan Collins
Susan Collins,
United States Magistrate Judge